FOR PUBLICATION

FILED

AUG 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> **U.S. FOOD & DRUG ADMINISTRATION**, <br><br> Defendant-Appellee. | No. 13-17131 <br><br> D.C. No. 3:12-cv-04376-EDL <br> Northern District of California, <br> San Francisco <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.